UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Civil Action Number: 1:16-cv-21989-FAM**

ANDRES GOMEZ, On His Own Behalf,
and On Behalf of All Other Individuals Similarly Situated,

    Plaintiffs,

vs.

HUGO BOSS RETAIL, INC.

    Defendants.

---

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

---

    The Plaintiff, Andres Gomez, by and through the undersigned counsel and pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(i), hereby files this Notice of Voluntary Dismissal With Prejudice on the above styled case and hereby requests the Court to issue its Order of Dismissal with Prejudice.

    Dated this 21st day of September, 2016.

                                 *s/ Scott R. Dinin*
                                 Scott R. Dinin, Esq.
                                 SCOTT R. DININ, P.A.
                                 4200 NW 7TH Avenue
                                 Miami, Florida 33127
                                 Tel: (786) 431-1333
                                 E-mail: inbox@dininlaw.com
                                 Counsel for the Plaintiff